**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD B. TALMAGE; ANNETTE C. TALMAGE,<br><br>              Petitioners - Appellants,<br><br>   v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>              Respondent - Appellee. | No. 08-73152<br><br>Tax Ct. No. 13002-05<br><br>MEMORANDUM[*] |

Appeal from a Decision of the United States Tax Court

Submitted July 14, 2010[**]
Portland, Oregon

Before: PREGERSON, WARDLAW and RAWLINSON, Circuit Judges.

       Ronald and Annette Talmage appeal a Tax Court decision in favor of the

Commissioner.  We have jurisdiction under 26 U.S.C. § 7482.  Having reviewed

---

       [*]       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

       [**]       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the tax court's findings of fact for clear error, *LOAD, Inc. v. Comm'r*, 559 F.3d 909, 911 (9th Cir. 2009), we affirm for the reasons stated by Judge Harry Haines in *T.C. Memo. 2008-34* (Feb. 19, 2008).

**AFFIRMED.**